# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

Leonard F. Joy
*Executive Director and*
*Attorney-in-Chief*

RECEIVED
9/23/10
Chambers of
I. Leo Glasser
U.S.D.J.

Eastern District
Peter Kirchheimer
*Attorney-in-Charge*

September 22, 2010

**Via ECF, Email, and By Hand**
The Honorable I. Leo Glasser
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 27 2010 ★
BROOKLYN OFFICE

Re:   **United States v. Fabian Nash, 09 CR 165**

Your Honor:

I write on behalf of my client, Fabian Nash and with the consent of the government and Pretrial Services to request that the Court modify Mr. Nash's bond conditions to allow him to travel to New Jersey for work. I have confirmed with Pretrial that Mr. Nash recently obtained employment at the New Meadowlands arena as a vendor.

Sincerely,

Michelle Gelernt
Staff Attorney
(718) 330-1204

Granted
So ordered
/s/ USDJ
9/23/10

cc:   AUSA Shreve Ariail
      PTSO Melanie Bedford
      Mr. Fabian Nash